P 589-133218-01 218A-49228-2H LJS
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRITT ALEXIS RUSS,

                Plaintiff,

-against-

GMRI, INC., 5 TIMES SQUARE NYC/5, a
subsidiary of Darden Restaurants, Inc., d/b/a
Red Lobster, and JOHN DOE, said name being
ficticious and intended to denominate the defendants'
employees more fully described herein,

                Defendants.
------------------------------------------------------------X

ECF CASE

RULE 7.1 DISCLOSURE STATEMENT

This Document has been filed Electronically.

07 CIV 3780 (GEL)(DFE)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for defendant GMRI, Inc. d/b/a Red Lobster (a private non-governmental party,) certifies that GMRI, Inc. has as its corporate parent, DARDEN RESTAURANTS, INC., a corporation whose stock is publicly held.

Dated: New York, New York
       May 11, 2007

                              Yours, etc.,

                              ROBIN, HARRIS, KING, FODERA & RICHMAN

                              By: _____
                              Louis J. Schepp (LJS: 4555)
                              GMRI, Inc.d/b/a Red Lobster
                              Attorneys for Defendant
                              One Battery Park Plaza
                              30th Floor
                              New York, NY 10004-1437
                              212-487-9701

TO:

Philip Newman, P.C.
Attorneys for plaintiff
860 Grand Concourse
Bronx, NY 10451
(718) 585-3512