LAW OFFICES

# ROSENBERG, MINC, FALKOFF & WOLFF, LLP

PETER D. ROSENBERG·
DANIEL C. MINC
STEVEN C. FALKOFF··
ROBERT H. WOLFF···
GARY SILVERSTEIN

CARMEN A. MESORANA
ARTHUR O. TISI···
CHERYL STEIN···
·SHARON ELMALEH-SCHOENMAN

LEGAL ASSISTANTS

·JOY RUBIN-BERMAN
LORRAINE ZAHTILA-LICUL
INGRID D. JOHNSSON

SUITE 3800
122 E. 42ND STREET
NEW YORK, N.Y. 10168-0068

TEL.: (212) 697-9280
FAX: (212) 697-9284

CC

May 24, 2007

FOUNDERS
GUSTAVE G. ROSENBERG
(1900-1988)

MORTON M. BERGER
(1915-1991)

OF COUNSEL
SEYMOUR ARMSTRONG
ARI KRESCH

·MEMBER N.Y., CAL. BAR
··MEMBER N.Y., CONN., FLA. BAR
···MEMBER N.Y., N.J. BAR

Honorable Gerard E. Lynch
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007

        Re:    Russ v. GMRI Inc., 5 Times Square, NYC, et. al.
              Docket No.: 07CV3780
              Our File No.: 28584

Dear Honorable Sir:

    Please be advised that Rosenberg, Minc, Falkoff & Wolff have been retained as Trial counsel for the above-referenced matter.

    Accordingly, we would respectfully request that you forward all communication to this office.

    Thank you for your courtesy in this matter.

                                Respectfully submitted,

                                ROBERT WOLFF (RHW-6812)

RHW asr

cc:    Philip Newman, P.C.
        800 Grand Concourse
        Bronx, New York 10451