AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

**APPEARANCE**

Case Number: 07 Civ. 3780 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Britt Alexis Russ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/12/2007 | *signature* |
| Date | Signature |
| | Robert Wolff                      6812 |
| | Print Name                  Bar Number |
| | 122 east 42nd street |
| | Address |
| | New York      N.Y.      10168 |
| | City           State           Zip Code |
| | (212) 697-9280      (212) 697-9284 |
| | Phone Number           Fax Number |