LSK&D #: 527-7010 / 934747

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BRITT ALEXIS RUSS,

                              Plaintiff,

          -against-

GMRI, INC., 5 TIMES SQUARE NYC/5, a subsidiary of Darden Restaurants, Inc., d/b/a Red Lobster, and JOHN DOE, said name being fictitious and intended to denominate the defendants' employees more fully described herein,

                              Defendant.
-----------------------------------------------------------------x

Index No.: 07 Civ 3780

**DECLARATION OF ROSEMARIE P. BOYD**

Rosemarie P. Boyd, declares:

1. I am an member of the bar of this Court and an associate of Lester Schwab Katz & Dwyer, LLP ("Lester, Schwab"). I make this affidavit pursuant to Local Civil Rule 1.4 in support of Lester Schwab's application to be substituted as attorneys of record for defendants in place of Robin, Harris, King, Yuhas, Fodera & Richman.

2. The reason for the proposed substitution is that the insurance carrier for the defendants, Liberty Mutual, seeks to transfer the defense of this action from Robin, Harris, King, Yuhas, Fodera & Richman and has retained Lester Schwab to represent its insureds. We respectfully submit that the proposed substitution will not result in delay, prejudice, or inconvenience to any party.

3. A proposed order of substitution is submitted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 22, 2007, New York, New York.

_____
Rosemarie P. Boyd (RPB-2698)