LYN(4,5

LSK&D #: 527-7010 / 934731
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BRITT ALEXIS RUSS,

                     Plaintiff,

      -against-

GMRI, INC., 5 TIMES SQUARE NYC/5, a
subsidiary of Darden Restaurants, Inc., d/b/a
Red Lobster, and JOHN DOE, said name
being fictitious and intended to denominate the
defendants' employees more fully described
herein,

                     Defendant.
-----------------------------------------------------------------x

Index No.: 07 Civ 3780 (GEL)

ORDER OF SUBSTITUTION

**WHEREAS**, Lester Schwab Katz & Dwyer, LLP has made an application pursuant to Local Rule 1.4 to be substituted as attorneys of record for defendants GMRI, INC., 5 TIMES SQUARE NYC/5, a subsidiary of Darden Restaurants, Inc., d/b/a Red Lobster, and JOHN DOE, said name being fictitious and intended to denominate the defendants' employees more fully described herein, in place of Robin Harris Yuhas Fodera & Richman.

Upon the Declaration of Rosemary P. Boyd dated October 22, 2007, in support of the application, and there being satisfactory reasons for the substitution, it is

**ORDERED**, that Lester Schwab Katz & Dwyer, LLP is substituted as attorneys of record for defendants GMRI, INC., 5 TIMES SQUARE NYC/5, a subsidiary of Darden Restaurants, Inc., d/b/a Red Lobster, and JOHN DOE, said name being fictitious and intended to denominate the defendants' employees more fully described herein in place of Robin Harris Yuhas Fodera & Richman.

_____
U.S.D.J.
Dated: October 23, 2007