UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BRITT ALEXIS RUSS,

       Plaintiff,

 -against-

GMRI, INC., et al.,

       Defendants.

------------------------------------------------------------x

07 Civ. 3780 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

GERARD E. LYNCH, District Judge:

 The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby:

 ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
   November 20, 2007

                _____
                GERARD E. LYNCH
                United States District Judge