Lynch, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRITT ALEXIS RUSS,

                Plaintiff,          DOCKET No.: 07 CV 3780
                                                   (GEL)(DFE)
   - against -

GMRI, INC., 5 TIMES SQUARE NYC/5, a Subsidiary of
DARDEN RESTAURANTS, INC., d/b/a RED LOBSTER,
and JOHN DOE, said name being fictitious and intended
to denominate the defendants' employees more fully
described herein,

                Defendants.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties hereto, that the above-captioned action be dismissed, with prejudice, and without costs, and that an Order may be entered to that effect by the Clerk of the Court without further notice.

Dated: New York, New York
        November 20, 2007

ROSENBERG, MINC, FALKOFF                               LESTER, SCHWAB, KATZ
& WOLFF, LLP.                                                     & DWYER, LLP
Attorneys for Plaintiff                                                 Attorneys for ALL Defendants

By: _____                            By: _____
     Robert H. Wolff                                                              Rosemarie P. Boyd

122 East 42nd Street                                                 120 Broadway
New York, NY 10168                                           New York, New York 10271-0071
(212) 697-9280                                                    (212) 964-6611

SO ORDERED: _____
                                  U.S.D.J.

12/13/07